UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN R. DAVIS,<br><br>                Plaintiff,<br>v.<br>UNITEL VOICE, LLC, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00673-JCM-PAL<br><br>**ORDER**<br><br>(IFP App. – ECF No. 1) |

        This matter is before the court on Plaintiff Steven R. Davis' Application to Proceed *In Forma Pauperis* (ECF No. 1). This Application was referred to the undersigned pursuant to 28 U.S.C. § 636(a) and LR IB 1-3 of the Local Rules of Practice.

        Mr. Davis is proceeding in this action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $400 filing fee is required to commence a civil action in a federal district court. However, any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* ("IFP"), meaning without prepaying the full $400 filing fee. *See* 28 U.S.C. § 1915(a)(1); LSR 1-1.

        On April 13, 2018, Davis commenced this action by filing a proposed complaint and IFP application. But he subsequently remitted the full $400 filing fee on April 27, 2018. *See* Receipt of Payment (ECF No. 3). The Clerk of the Court therefore filed his Complaint (ECF No. 4) on the court's docket and issued summons. *See* Summons (ECF No. 5). Accordingly, Mr. Davis' request to proceed IFP will be denied as moot, and the court will not conduct a screening of the complaint.

        Accordingly,

/ / /

/ / /

1

**IT IS ORDERED:**

1. Plaintiff Steven R. Davis' Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED as moot**.
2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Mr. Davis shall have 90 days from April 27, 2018, to serve the defendants with the summons and complaint.
3. Mr. Davis shall file a certificate of interested parties as required by LR 7.1-1 of the Local Rules of Practice on or before **May 21, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 7th day of May, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE