J. Malcolm DeVoy (Nevada Bar No. 11950)
Erica A. Bobak (Nevada Bar No. 13828)
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorneys for Defendant,*
*Telecom Management Group, Inc., d/b/a Unitel*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN R. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITEL VOICE, LLC d/b/a Telecom Management Group, Inc.; L3 COMMUNICATIONS, LLC; SOMOS, INC. & DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00673-JCM-PAL<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)** |

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER**
**(FIRST REQUEST)**

Plaintiff Steven R. Davis, *pro se* ("Davis," or the "Plaintiff"), and Telecom Management Group, Inc., an Illinois corporation doing business as Unitel ("TMGI," or the "Defendant"),[1] through its undersigned counsel of record, agree that upon the Court's approval, TMGI's response to Plaintiff's Complaint,[2] currently due on August 9, 2018,[3] shall be due two weeks from that date, on August 23, 2018, for the reasons set forth below:

---

[1] TMGI reserves the right to address the name under which it appears in the caption in the future.
[2] ECF No. 4

---

JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND PROPOSED ORDER - 1

1. Defendant's response to Plaintiff's Complaint presently is due on August 9, 2018.[4]

2. Defendant only just recently retained counsel to respond to this action, and Defendant's counsel has requested additional time from Plaintiff to become familiar with the matter before the Court prior to responding to Plaintiff's Complaint.

3. Following an e-mail exchange on August 8, 2018, Plaintiff agreed to allow Defendant a two-week extension of time to respond to the Complaint.

4. Accordingly, Plaintiff and Defendant stipulate and agree that, upon the Court's approval, Defendant's response to Plaintiff's Complaint shall be due on August 23, 2018.

5. The time for Defendant to answer or respond to Plaintiff's Complaint has not yet elapsed, and this stipulation is supported by good cause as demonstrated in the foregoing paragraphs.

6. Pursuant to Local Rule 6-1, this is Plaintiff and Defendant's first request for an extension of this deadline; the parties seek this extension in good faith and not for the purposes of delay. Further granting this brief two-week extension shall not prejudice any party to this action.

//
//
//
//
//
//
//
//
//

---

[3] *See* ECF No. 15 at 4
[4] *Id.*

---

JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND PROPOSED ORDER - 2

Dated this 9th day of August, 2018, by the undersigned Plaintiff and counsel for Defendant:

STEVEN R. DAVIS

By: _____
Steven R. Davis

*Plaintiff, Pro Se*

DEVOY LAW P.C.

By: */s/ J. Malcolm DeVoy*
J. Malcolm DeVoy
Erica A. Bobak

*Attorneys for Defendant,
Telecom Management Group, Inc., an
Illinois corporation d/b/a Unitel*

## [PROPOSED] ORDER

It is hereby **ORDERED** that, good cause appearing, the parties' foregoing stipulation is **GRANTED**, and Defendant's response to Plaintiff's Complaint shall be due on August 23, 2018.

Dated: _____August 10_____, 2018.

_____
U.S. Magistrate Judge

JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND PROPOSED ORDER - 3