# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

STEVEN R. DAVIS, an individual,
                Plaintiffs,

vs.

UNITEL VOICE, LLC, et al

                Defendants.

Case No.: 2:18-CV-00673-JCM-PAL

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) FILED SEPTEMBER 4, 2018 (ECF No. 26).**

**(First Request)**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) FILED SEPTEMBER 4, 2018 (ECF No. 26).**

(First Request)

Plaintiff Steven R. Davis, pro se, and Telecom Management Group, Inc., an Illinois corporation doing business as Unitel, sued as Unitel Voice, LLC, d/b/a Telecom Management Group, Inc. (the "Defendant"),[1] through its undersigned counsel of record, agree that upon the Court's approval, Plaintiff's response to Defendant's Motion to Dismiss (ECF No. 26), currently due on September 18, 2018, shall be due two weeks from that date, on October 2, 2018, for the reasons set forth below:

1.     Defendant's Motion to Dismiss (ECF No. 26) was timely filed on September 4, 2018.

---

[1] Telecom Management Group, Inc., an Illinois corporation d/b/a Unitel maintains that it has been sued in error as Unitel Voice, LLC d/b/a Telecom Management Group, Inc., as stated in its Motion to Dismiss (ECF No. 26 at 1 n. 1); Plaintiff does not agree with Defendant's position.

Stipulation for Extension of Time to Respond to Motion to Dismiss

Page 1 of 3

2. Plaintiff, via email on September 10, 2018, has requested an Extension to October 2, 2018, to file his response.

3. Plaintiff is *pro se* and asserts that he has limited access to legal resources and needs the additional time to craft his response.

4. Counsel for Defendant communicated Defendant's assent to this extension.

5. Accordingly, Plaintiff and Defendant agree that, upon the Court's approval, Plaintiff's response to Defendant's Motion to Dismiss shall be due on or before October 2, 2018.

6. Furthermore, upon receipt of Plaintiff's response, the Defendant shall have seven days to reply.

7. This Stipulation has been entered before Plaintiff's response to Defendant's Motion to Dismiss is due to the Court.

8. Pursuant to Local Rule 6-1, this is Plaintiff and Defendant's first request for an extension of this deadline.

9. The parties seek this extension in good faith and not for purposes of delay.

10. No party would be prejudiced by the granting of this stipulated motion for an extension of time.

//
//
//
//
//
//
//

Dated this 14th day of September 2018, by the undersigned Plaintiff and counsel for Defendant.

_____
Steve R. Davis, Pro Per
4038 Velarde Ct.
Las Vegas, NV 89120
(786) 753-1931
steverdavis@mail.com

/s/ J. Malcolm DeVoy
_____
J. Malcolm DeVoy (Nevada Bar No. 11950)
Erica Bobak (Nevada Bar No. 13828)
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, Nevada 89117
702-706-3051
702-977-9359 (fax)
ecf@devoylaw.com
Attorneys for Defendant
Telecom Management Group Inc, d/b/a Unitel

### ORDER

For good cause appearing, the foregoing stipulation is GRANTED and it is ORDERED that Plaintiff's opposition to Defendant's Motion to Dismiss (ECF No. 26) shall be due on or before October 2, 2018, and Plaintiff's reply in support of its Motion to Dismiss seven days after Plaintiff serving his opposition to that motion.

Dated September 18, 2018.

_____
UNITED STATES DISTRICT JUDGE