UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN R. DAVIS,<br><br>                Plaintiff,<br>v.<br>UNITEL VOICE, LLC, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00673-JCM-PAL<br><br>**ORDER**<br><br>(Mot. File Electronically – ECF No. 28) |

       This matter is before the court on Plaintiff Steven R. Davis' Motion for Permission for Electronic Case Filing (ECF No. 28). No response was filed and the time for filing a response has run. This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

       Mr. Davis is proceeding in this action *pro se*, which means he is not represented by an attorney. *See* LSR 2-1. Although pro se parties are generally held to less stringent standards, "pro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record." *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). A pro se litigant must follow the same rules of procedure that govern other litigants. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1986); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (noting that "pro se litigants are bound by the rules of procedure"). The court appreciates that it is difficult for pro se parties to litigate their claims. Mr. Davis is advised to familiarize themselves with the Federal Rules of Civil Procedure, the Local Rules of Practice, and relevant case law as much as possible.[1]

---

[1] The Federal Rules of Civil Procedure may be accessed on the United States Courts website free of charge at: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. The Local Rules of Practice may be accessed from this court's website free of charge at http://www.nvd.uscourts.gov/. In addition, litigants may access the District of Nevada's pro se assistance packet through a link on the court's website, available at https://www.nvd.uscourts.gov/wp-content/uploads/2017/08/Representing-Yourself-Guide.pdf.

The Local Rules of Practice require attorneys "to file all documents electronically." LR IC 2-1(a). However, "a pro se litigant may request the court's authorization to register as a filer in a specific case." LR IC 2-1(b). Here, Mr. Davis asks the court to allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Steven R. Davis' Motion for Permission for Electronic Case Filing (ECF No. 28) is GRANTED.
2. Mr. Davis must comply with the following procedures to activate his CM/ECF account:
   a. On or before **October 17, 2018**, Mr. Davis must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file certification indicating that he is familiar with the electronic filing procedures and best practices.
   b. Mr. Davis is not authorized to file electronically unless the certification is filed with the court by October 17, 2016..
   c. Upon timely filing of the certification, Mr. Davis shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 3rd day of October 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE